D. Randall Ensminger, SBN: 202371
ENSMINGER LAW OFFICES, P.C.
110 Gateway Drive, Suite 260
Lincoln, CA 95648
Phone: 916-434-0220
Fax: 916-434-2530

Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Civil Case No. 2:03-MC-00118-MCE-JFM |
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE |
| vs. | ) | GARNISHMENT HEARING; ORDER |
| | ) | |
| ALETHA M. ENSMINGER, | ) | Date:       January 10, 2013 |
| | ) | Time:      11:00 a.m. |
| Defendant. | ) | Courtroom:  26 |
| _____ | ) | |

COMES NOW D. Randall Ensminger, attorney for Defendant Aletha M. Ensminger, and Bobbie J. Montoya, Assistant U.S. Attorney, on behalf of Plaintiff, and hereby stipulate and agree that the currently scheduled garnishment hearing set for January 10, 2013 at 11:00 a.m. be continued to January 24, 2013 at 11:00 a.m. so that Defendant's new counsel can file a Reply on or before January 17, 2013 to Plaintiff's Response to Judgment Debtor's Request for Hearing on Writ of Continuing Garnishment.

Dated:  December 27th, 2012.

ENSMINGER LAW OFFICES, P.C.
Attorney for Defendant

By:    /s/ D. Randall Ensminger
       D. Randall Ensminger

Dated:  December 27th, 2012.

                                  BENJAMIN B. WAGNER
                                  United States Attorney
                                  BOBBIE J. MONTOYA
                                  Assistant U.S. Attorney
                                  Attorneys for United States of America

                                  By:   /s/ Bobbie J. Montoya
                                      Bobbie J. Montoya

### ORDER

IT IS SO ORDERED  this ninth day of January, 2013.

_____
UNITED STATES MAGISTRATE JUDGE