BENJAMIN B. WAGNER
United States Attorney
KURT A. DIDIER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: 916-554-2700
Facsimile: 916-554-2900

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALETHA M. ENSMINGER,<br><br>Defendant,<br><br>PACIFIC DENTAL SERVICES, et al.,<br><br>Garnishees. | No. 2:03-mc-0118-MCE-DAD<br><br>**APPLICATION FOR AN ORDER TERMINATING WAGE GARNISHMENT; AND ORDER** |

By this proceeding, the United States garnished defendant Aletha Ensminger's wages from her employer, Pacific Dental Services, Inc. (PDS). On August 22, 2014, PDS terminated Defendant's employment. Defendant's termination and PDS's failure to rehire her within 90 days from the termination date warrant termination of this wage garnishment action. 28 U.S.C. § 3205(c)(10)(B). Accordingly, the United States requests that the Court terminate the wage garnishment pending under this miscellaneous case number.

                   Respectfully submitted,

                   BENJAMIN B. WAGNER
                   United States Attorney

                   */s/ Kurt A. Didier*_____
Dated: November 24, 2014       KURT A. DIDIER
                   Assistant United States Attorney

**O R D E R**

The Court, having reviewed the court files and the United States' application for an order terminating wage garnishment (the "Application"), and finding good cause therefor, hereby GRANTS the Application. The writ of garnishment issued under this miscellaneous case number against Aletha Ensminger is hereby TERMINATED pursuant to 28 U.S.C. § 3205(c)(10)(B).

**IT IS SO ORDERED**.

Dated:  November 25, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.pro se
ensminger0118.mot.exp.grt.ord.docx